IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Kandy Gilliard, | ) | C/A No.: 1:17-1029-TMC-SVH |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER |
| Bryan P. Stirling, | ) | |
| Respondent. | ) | |

Petitioner, proceeding pro se, brought this action requesting a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion for summary judgment on August 23, 2017. [ECF No. 21]. As Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising her of the importance of a motion and of the need for her to file an adequate response by September 25, 2017. [ECF No. 22]. Petitioner was specifically advised that if she failed to respond adequately, Respondent's motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to the motion. As such, it appears to the court that she does not oppose the motion. Based on the foregoing, the undersigned orders Petitioner to advise the court as to whether she wishes to continue with this case and to file a response to Respondent's motion for summary judgment by October 13, 2017. Petitioner is further advised that if she fails to respond, the undersigned will recommend this action be dismissed with prejudice for failure to prosecute. *See Davis v.*

*Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

*Shiva V. Hodges*

September 29, 2017　　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　　　　United States Magistrate Judge